ANDREW E. PARIS (SBN 162562)
E-mail: drew.paris@alston.com
ALEXANDER AKERMAN (SBN 280308)
E-mail: alex.akerman@alston.com
CORAL DEL MAR LOPEZ (SBN 308242)
E-mail: coral.lopez@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: (213) 576-1119
Facsimile: (213) 576-1100

Attorneys for Defendant
**ASAHI BEER U.S.A., INC.**

BENJAMIN HEIKALI (SBN 307466)
E-mail: bheikali@faruqilaw.com
**FARUQI AND FARUQI, LLP**
10866 Wilshire Blvd., Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Attorneys for Plaintiffs
**MATIN SHALIKAR & ALEXANDER PANVINI**
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATIN SHALIKAR and ALEXANDER PANVINI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASAHI BEER U.S.A., INC.,<br><br>Defendant. | Case No. 2:17-cv-02713 JAK (JPRx)<br>Honorable John A. Kronstadt<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' INDIVIDUAL CLAIMS PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**<br><br>Complaint filed: April 10, 2017 |

Plaintiffs Matin Shalikar and Alexander Panvini ("Plaintiffs") and Defendant Asahi Beer U.S.A., Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate that Plaintiffs' individual claims in the above-captioned case shall be voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This Stipulation of Dismissal shall not affect the claims of any putative class member in this action. Each Party shall bear its own fees and costs.

IT IS SO STIPULATED.

DATED: April 12, 2018

**FARUQI AND FARUQI, LLP**

By: */s/ Benjamin Heikali*

Benjamin Heikali
10866 Wilshire Blvd., Suite 1470
Los Angeles, CA 90024
Telephone: 424.256.2884
Fax: 424.256.2885
E-mail: bheikali@faruqilaw.com

Michael R. Reese (SBN 206773)
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, NY 10001
Telephone: (212) 646-0500
Facsimile: (212) 253-4272
E-mail: mreese@reesellp.com

**HALUNEN LAW**
Melissa S. Weiner (admitted *pro hac vice*)
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
E-mail: weiner@halunenlaw.com

*Attorneys for Plaintiffs Matin Shalikar
and Alexander Panvini*

DATED: April 12, 2018

**ALSTON & BIRD LLP**

By: */s/ Andrew E. Paris*

Andrew E. Paris
Alexander Akerman
Coral Del Mar Lopez
333 South Hope Street, 16th Floor
Los Angeles, California 90071
Telephone: 213.576.1119
Fax: 213.576.1100
E-mail: drew.paris@alston.com
alex.akerman@alston.com
coral.lopez@alston.com

*Attorneys for Defendant Asahi Beer U.S.A., Inc.*

## **ATTESTATION**

I, Andrew E. Paris, am the ECF User whose ID and password are being used to file the foregoing document.  In accordance with Local Rule 5-4.3.4, concurrence and authorization for the filing of this document has been obtained from Benjamin Heikali, counsel for Plaintiffs.

DATED: April 12, 2018                              **ALSTON & BIRD LLP**

                                      *By: /s/ Andrew E. Paris*
                                           Andrew E. Paris

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District by using the Central District CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the Central District CM/ECF system.


/s/ Andrew E. Paris
Andrew E. Paris